IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WALLACE EUGENE GADSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 7:06-CV-95 (HL) |
| | : | |
| Mr. MCLAUGHLIN, et al., | : | |
| | : | **PROCEEDINGS UNDER 42 U.S.C. §1983** |
| Defendants. | : | **BEFORE THE U. S. MAGISTRATE JUDGE** |

## ORDER TO SHOW CAUSE

On September 27, 2006, plaintiff was ordered to either submit the required $350.00 filing fee or an affidavit to proceed *in forma pauperis* along with a certified copy of his trust fund account statement. Plaintiff was ordered to submit such by October 27, 2006. To date, plaintiff has failed to provide this documentation to the Court or to explain his failure to do so.

Therefore, plaintiff is hereby **ORDERED** to **SHOW CAUSE** to the Court, **ON OR BEFORE NOVEMBER 27, 2006**, why his case should not be dismissed for failure to comply with the Court's September 27, 2006 Order. Plaintiff should either pay the filing file, submit the proper documentation, or advise the Court: (1) what attempts, if any, he has made to pay the filing fee; (2) what attempts, if any, he has made to obtain and file an affidavit to proceed *in forma pauperis*; (3) whether he has requested prison officials to submit a copy of his trust fund account statement to the Court; and, if so, what response he has received from prison officials; and (4) whether he wishes to proceed with the instant lawsuit.

In the meantime, there shall be **NO SERVICE** of process upon any defendant.

**SO ORDERED**, this 14th day of November, 2006.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE